Eric D. Freed (admitted *Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2000
Toll Free Phone: 800.523.2900
Facsimile: 215.665.2013
Email: efreed@cozen.com

Rebekah R. Shapiro (SBN 262834)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.644.0914
Facsimile: 628.221.5876
E-mail: rrshapiro@cozen.com

Attorney for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERLATO WINE GROUP, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 3:22-cv-04075 <br><br> **JOINT NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above-captioned matter, which resolves all issues between the parties. The parties are working to document the settlement and expect to file a stipulation of dismissal within 45 days.

///

///

///

///

| | | |
|---|---|---|
| Dated: | May 11, 2023 | COZEN O'CONNOR |

By: /s/ Rebekah R. Shapiro
Eric D. Freed (*pro hac vice*)
Rebekah Shapiro (SBN 262834)
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

| | | |
|---|---|---|
| Dated: | May 11, 2023 | SPERLING & SLATER, LLC |

By: */s/* Matthew H. Rice
Matthew H. Rice (SBN 243752)
Eamon Kelly (*pro hac vice*)
Clayton Faits (*pro hac vice*)
Attorneys for Plaintiff
TERLATO WINE GROUP, LTD.

///
///
///
///
///
///

2    Case No. 3:22-cv-04075

**JOINT NOTICE OF SETTLEMENT**

LEGAL\63628280\1

## ATTESTATION OF CONCURRENCE IN FILING

In accord with Civil L.R. 5-1(h) and the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 11, 2023          By:     /s/ Rebekah R. Shapiro
                                     Rebekah R. Shapiro