1 | Joel Gumbiner (#111586)
WILLIAMS & GUMBINER LLP
1010 B Street, Suite 200
San Rafael, CA 94901
Phone: (415) 755-1880
Joel@insuredlaw.com

Matthew H. Rice (#243752)
Eamon Kelly (*pro hac vice*)
Clayton Faits (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603
Phone: (312) 641-3200
mrice@sperling-law.com
ekelly@sperling-law.com
cfaits@sperling-law.com

*Attorneys for Plaintiff Terlato Wine Group, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERLATO WINE GROUP, LTD., | Case No.: 3:22-cv-04075 |
| Plaintiff, | **STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(ii)]** |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

///

///

///

///

///

///

**STIPULATION FOR DISMISSAL**

1  It is further stipulated that this dismissal with prejudice shall also be effective to dismiss with prejudice any and all claims raised in the prior action between the parties, entitled *Terlato Wine Group Ltd. v. Federal Insurance Company*, California Superior Court, Napa County, Case No. 22CV000035, which lawsuit was removed to the United States District Court, Northern District of California, where it was assigned Case No. 3:22-cv-01150.

Dated: June 15, 2023

COZEN O'CONNOR

By: /s/*Eric D. Freed*
Eric D. Freed (*pro hac vice*)
Rebekah Shapiro (SBN 262834)
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

Dated: June 15, 2023

SPERLING & SLATER, LLC

By: /s/*Matthew H. Rice*
Matthew H. Rice (SBN 243752)
Eamon Kelly (*pro hac vice*)
Clayton Faits (*pro hac vice*)
Joel Gumbiner (SBN 111586)

Attorneys for Plaintiff
TERLATO WINE GROUP, LTD.